IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL PAUL CARVELLI, MICHAEL ROBERT CARVELLI, CHRISTOPHER GORDISH, NEIL SCHUETZ, and BRADLEY WHITE, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CDK GLOBAL, LLC, | Case No. 1:24-cv-05991 |

**NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF NEIL SCHUETZ WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Neil Schuetz ("Dismissing Plaintiff") hereby voluntarily dismisses his claim in the above-captioned action against Defendant CDK Global, LLC ("Defendant") without prejudice.

The Notice of Voluntary Dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

In the event of a future recovery in this action, nothing in the foregoing shall prevent Dismissing Plaintiff from submitting a claim as an absent class member and/or from participating in any settlement or judgment as an absent class member.

|  |  |
|---|---|
| Dated: July 26, 2024 | By: /s/ *Kyle J. Pozan* <br> Kyle J. Pozan (IL Bar No. 6306761) <br> **Lockridge Grindal Nauen PLLP** <br> 1165 N. Clark Street, Suite 700 <br> Chicago, IL 60610 <br> T: 312-205-8968 <br> kjpozan@locklaw.com <br><br> Karen Hanson Riebel <br> Kate M. Baxter-Kauf (*pro hac vice forthcoming*) <br> Maureen Kane Berg (IL Bar No. 6200319) <br> **Lockridge Grindal Nauen PLLP** <br> 100 Washington Avenue South, Suite 2200 <br> Minneapolis, MN 55401 <br> T: 612.339.6900 <br> khriebel@locklaw.com <br> kmbaxter-kauf@locklaw.com <br> mkberg@locklaw.com <br><br> *Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

| | |
|---|---|
| Dated: July 26, 2024 | */s/ Maureen Kane Berg* |
| | Maureen Kane Berg |